
LBI2019002847

## IN THE COURT OF District Court OF EASTERN COUNTY

| UNITED STATES OF AMERICA | | |
|---|---|---|
| | **Plaintiff** | |
| v. | | Attorney File #: **USA-194063** |
| | | Docket #: **19-2326** |
| DEVIL'S ALLEY | | |
| | **Defendant** | |

## AFFIDAVIT OF SERVICE

**Edward Ramos for Del-Val Process Servers LLC**, being a competent adult, certifies in accordance with the law that I did serve the **COLLECTION COMPLAINT** upon Defendant, **DEVIL'S ALLEY** on **7/17/2019** at **10:41 am** at **1907 CHESTNUT STREET, PHILADELPHIA, PA 19103**, in the following manner:

( ) Defendants personally served.
( ) Adult family member with whom Defendants reside(s). Name:
    Relationship is
( ) Adult in charge of Defendant's residence –
    [ ] Name:
        [ ] Refused to give name
( ) Manager / Clerk of place of lodging in which Defendants reside(s).
( X ) Agent or person in charge of Defendant's office or usual place of business.
( ) an officer of said Defendant company.
( ) Posted in accordance with Court Order.
( ) Other:

Additional Information pertaining to this Service:
DATES AND TIMES OF ATTEMPTS:
**7/17/2019 10:41 am** Attempted Service. SERVED UPON ROBERT HALLOWAY. EMPLOYEE(CHEF)

APPROXIMATE DESCRIPTION OF THE PERSON SERVED: **Age: 40, Sex: M, Race/Skin Color: W/AMERICAN, Height: 5'9, Weight: 160, Hair: BR/BR, Glasses: N**

Defendant not found because:

( ) Moved    ( ) Unknown    ( ) Vacant    ( ) Other _____

SWORN TO AND SUBSCRIBED
Before me on this  26th , day of
  July .    2019

Notary Public

Signature
Edward Ramos for Del-Val Process Servers LLC

Commonwealth of Pennsylvania - Notary Seal
ELIZABETH SAMARCO, Notary Public
Philadelphia County
My Commission Expires July 18, 2022
Commission Number 1331019