**UNITED STATES DISTRICT COURT**
**Eastern District of Pennsylvania**
**U.S. Courthouse**
**Independence Mall West**
**601 Market Street**
**Philadelphia, PA 19106-1797**

**Clerk's Office - Room 2609**
**Telephone: (215) 597-7704**

August 8, 2019

Rebecca Ann Solarz, Esquire
KML Law Group PC
701 Market Street, S/5000
Philadelphia, PA 19106

Re:   United States of America v. Devil's Alley
       Civil Action No. 19-2326

Dear Counsel:

A review of the Court's records shows that a pleading has not been filed in the above-captioned action in response to the complaint.

If such a pleading is not filed by the above-named defendant(s) on or before September 2, 2019, you may file a request with the clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by September 9, 2019, the Court may enter an order dismissing the case against the above-named defendant(s) for lack of prosecution.

Very truly yours,

S/Shelli L. MacElderry
_____
Civil Deputy to the Hon. Chad. F. Kenney

Civ 21 (10/82)