# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,* | : <br> : <br> : <br> : <br> : | **CIVIL ACTION** |
| v. | : | No. 19-02326 |
| **DEVIL'S ALLEY**<br>*Defendant.* | : <br> : <br> : |  |

## ORDER

AND NOW, this 6th day of September 2019, it is **ORDERED** that the parties shall appear on October 2, 2019 at 9:30 AM, in Courtroom 6A in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to show cause why a default judgment should not be entered against defendants and to assess damages in the above-captioned matter. It is further **ORDERED** that plaintiff shall serve a copy of this Order on all defendants and file proof of service with the Court or otherwise proceed in accordance with Federal Rule of Civil Procedure 55(b).

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE