UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>DEVIL'S ALLEY<br><br>Defendant(s) | CIVIL NO. 19-02326 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on September 6, 2019.

Devil's Alley
1907 Chestnut Street
Philadelphia, PA 19103

                                            Respectfully submitted,

                                            KML Law Group, P.C.

                                            By: _____
                                            Rebecca A. Solarz, Esquire
                                            Suite 5000
                                            701 Market Street
                                            Philadelphia, PA  19106-1532
                                            (215) 825-6327