IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 19-cv-02326-CFK |
| | : | |
| DEVIL'S ALLEY | : | |
| | : | **OCTOBER 1, 2019** |
| Defendants. | : | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of records:

Please enter my appearance as attorney for Defendant Devil's Alley in the above-captioned action.

                  MCCARTER & ENGLISH, LLP

                  */s/ Christopher S. Mayer*
                  Christopher S. Mayer
                  Four Gateway Center
                  100 Mulberry Street
                  Newark, New Jersey 07102
                  973-622-4444
                  Cmayer@mccarter.com

                  *Attorneys for Defendant Devil's Alley*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on all parties via ECF and overnight mail.

MCCARTER & ENGLISH, LLP

*/s/ Christopher S. Mayer*
Christopher S. Mayer
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444
Cmayer@mccarter.com

*Attorneys for Defendant Devil's Alley*