IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 19-cv-02326-CFK |
| : | |
| DEVIL'S ALLEY : | |
| : | OCTOBER 1, 2019 |
| Defendants. : | |

**CONSENTED TO MOTION FOR CONTINUANCE OF HEARING ON DEFAULT
SCHEDULED FOR WEDNESDAY, OCTOBER 2, 2019**

Defendant Devil's Alley moves for a brief, two-week continuance of the hearing on default, currently scheduled for Wednesday, October 2, 2019 at 9:30 am.

Devil's Alley was unaware that a lawsuit had been filed and was pending against it until very recently, as it mistakenly believed that the papers it had received were fraudulent and did not consult counsel until a patron, who happened to be an attorney, alerted Devil's Alley's owner, to the fact that the lawsuit was real and not a scam. Devil's Alley has now retained the undersigned counsel's firm to represent it in this action. Devil's Alley's counsel needs the requested additional time to become familiar with this matter and prepare for the hearing.

Devil's Alley's counsel contacted and spoke with Ms. Rebecca Solaraz, counsel for Plaintiff United States of America, and she has consented to this motion.

*GRANTED*

*Judge Ky[signature]*

*10-1-2019*

ME1 31599581v.1