# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,* | : <br> : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : | No. 19-02326 |
| **DEVIL'S ALLEY**<br>*Defendant.* | : <br> : <br> : | |

## ORDER

AND NOW, this 15th day of October 2019, following a telephone conference with counsel for the parties, it is **ORDERED** that the hearing scheduled for Wednesday, October 16, 2019 at 9:30 AM (ECF No. 11) in reference to Plaintiff's Motion for Default Judgment (ECF No. 6) shall be rescheduled for **Tuesday, November 5, 2019 at 9:00 AM** before the Honorable Chad F. Kenney in Courtroom 6A in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to show cause why a default judgment should not be entered against defendants.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE