**DATE OF NOTICE**: October 25, 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| DEVIL'S ALLEY, | : | NO. 19-2326 |
| *Defendant*. | : | |

## NOTICE

The on the record hearing, in reference to Plaintiff's Motion for Default Judgment (ECF No. 6), scheduled for Tuesday, November 5, 2019 at 9:00 a.m. is now scheduled for **Tuesday, November 12, 2019 at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.

S/Shelli L. MacElderry
_____
Shelli L. MacElderry
Civil Deputy to the Hon. Chad F. Kenney