IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:19-cv-02326-CFK |
| DEVIL'S ALLEY, | : |
| Defendant. | : |

### STIPULATION TO SET ASIDE OR VACATE DEFAULT

This Stipulation to Set Aside and/or Vacate Default is made and entered into this 5th day of November, 2019, by and among Plaintiff the United States of America and Defendant Devil's Alley (together the "Parties");

WHEREAS, Plaintiffs filed a Complaint against Defendant in this action on May 28, 2019;

WHEREAS, Defendant was apparently served with the Summons and Complaint on or about July 17, 2019;

WHEREAS, Defendant mistakenly failed to file a response to the Complaint;

WHEREAS, Plaintiff filed a Request for Entry of Default on September 3, 2019;

WHEREAS, as a result of Plaintiff's filing of the Request for Entry of Default, the Clerk of the Court entered default on September 3, 2019;

WHEREAS, the Court entered an Order to Show Cause on October 2, 2019, as to why a Default Judgment should not be entered against Defendant;

WHEREAS, Defendant became aware of the Default Judgment and sought Plaintiff's consent to set aside and/or vacate the default for good cause shown;

WHEREAS, Plaintiff and Defendant agree and stipulate that,

ME1 31781044v.1

1. The default entered in this matter on September 3, 2019, as against Defendant, shall be, and hereby is, set side and/or vacated; and

2. Defendant shall file an Answer to the Complaint on or before December 2, 2019.

**IT IS SO STIPULATED**

KML LAW GROUP, P.C.                McCARTER & ENGLISH, LLP

By:  /s/ Rebecca Solarz            By:  /s/ Christopher S. Mayer
  Rebecca Solarz                     Christopher S. Mayer
  BNY Independence Center            Four Gateway Center
  701 Market Street                  100 Mulberry Street
  Suite 5000                         Newark, New Jersey 07102
  Philadelphia, PA 19106-1532        973-622-4444
  215-825-6327                       cmayer@mccarter.com
  Attorneys for Plaintiff            Attorneys for Defendant

The foregoing Stipulation to Set Aside and/or Vacate Default and Order Granting Relief from Default is hereby entered and therefore:

1. The default entered in this matter as against Defendant on September 3, 2019, shall be, and hereby is, set aside and vacated; and

2. The hearing scheduled before the Court for November 12, 2019 is adjourned; and

3. Defendant shall file an Answer to the Complaint on or before December 2, 2019.

**IT IS SO ORDERED** this 5th day of November, 2019.

_____
Hon. Chad F. Kenney, Sr., U.S. Magistrate Judge

2

ME1 31781044v.1