# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 19-cv-02326-CFK |
| DEVIL'S ALLEY | : | |
| | : | **NOVEMBER 21, 2019** |
| Defendants. | : | |

### DEFENDANT DEVIL'S ALLEY'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

To the Clerk of the Court and all parties of records:

Please withdraw the appearance of Christopher S. Mayer, McCarter & English, LLP, and substitute the appearance of Christina M. Reger, Law Offices of Christina Reger, as counsel for Defendant Devil's Alley in the above-captioned action.

Respectfully submitted,

*/s/ Christopher S. Mayer*
Christopher S. Mayer
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444
Cmayer@mccarter.com

*/s/ Christina M. Reger*
Christina M. Reger
Law Offices of Christina Reger
41 University Drive, Suite 400
Newtown, PA 18940
215-809-2089
Christina@cregerlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on all parties via ECF and overnight mail.

LAW OFFICES OF CHRISTINA REGER

*/s/ Christina M. Reger*
Christina M. Reger
Law Offices of Christina Reger
41 University Drive, Suite 400
Newtown, PA 18940
215-809-2089
Christina@cregerlaw.com

*Attorneys for Defendant Devil's Alley*