# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 19-cv-02326-CFK |
| : | |
| DEVIL'S ALLEY : | |
| : | **DECEMBER 2, 2019** |
| Defendants. : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Devil's Alley makes the following disclosure:

The nongovernmental corporate party, Devil's Alley, defendant in the above-listed civil action, is privately-held, and there is no publicly-held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Christina M. Reger
Christina M. Reger
Law Offices of Christina Reger
41 University Drive, Suite 400
Newtown, PA 18940
215-809-2089
Christina@cregerlaw.com

Attorney for Defendant Devil's Alley

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on all parties via ECF.

LAW OFFICES OF CHRISTINA REGER

/s/ Christina M. Reger
Christina M. Reger
Law Offices of Christina Reger
41 University Drive, Suite 400
Newtown, PA 18940
215-809-2089
Christina@cregerlaw.com

Attorney for Defendant Devil's Alley