IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **DEVIL'S ALLEY,** | : | |
| *Defendant.* | : | **NO. 19-2326** |

## ORDER

**AND NOW**, this 3rd day of December 2019, it is **ORDERED** that an on the record Initial Pretrial Conference (Rule 16) is scheduled for **Thursday, January 2, 2020 at 10:00 a.m.** before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, PA 19106.

It is furthered **ORDERED**:

1. The discovery period, regardless of any pending motion(s), begins with this Order and the parties shall exchange written discovery requests immediately;

2. The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **December 26, 2019**;

3. After consultation with all counsel for all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule

1

26(f) Meeting incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court's website) on or before **December 30, 2019**;

4. Lead trial counsel is required to appear at the Rule 16 Conference. If lead counsel is absolutely unable to attend, the conference will be rescheduled;

5. Lead trial counsel must be prepared to speak on every subject, including settlement, liability, remedies, and damages and have authority from their clients to do so; and

6. Counsel are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE