UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff<br><br>vs.<br><br>DEVIL'S ALLEY<br><br>                        Defendant(s) | CIVIL NO.  19-02326 |

## CERTIFICATE OF SERVICE

      I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Federal Rule 26 Disclosures has been served by first class mail, postage pre-paid, upon the parties listed below on December 3, 2019.

Christina M. Reger
Law Offices of Christina Reger
41 University Drive, Suite 400
Newtown, PA 18940

                                      Respectfully submitted,

                                      KML Law Group, P.C.

                                      By: /s/Rebecca A. Solarz, Esq.
                                      Rebecca A. Solarz, Esquire
                                      Suite 5000
                                      701 Market Street
                                      Philadelphia, PA  19106-1532
                                      (215) 825-6327