IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| DEVIL'S ALLEY | : | No. 19-2326 |
| | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, April 8, 2020. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                          Kate Barkman
                                                                          Clerk of Court

                                                                          By: /s/ Amanda Frazier
                                                                          Amanda Frazier
                                                                          Deputy Clerk
                                                                          Phone: (267) 299-7177

Date: December 4, 2019

Copies:     Courtroom Deputy to Judge Chad F. Kenney
                Docket Clerk - Case File

        Counsel:      Rebecca Ann Solarz, Esq.
                            Christina Maria Reger, Esq.