# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 19-02326** |
| | : | |
| **DEVIL'S ALLEY** | : | |
| *Defendant.* | : | |

## SCHEDULING ORDER

**AND NOW**, this 2nd day of January 2020, following an on the record Initial Pretrial Conference (Rule 16) held on Thursday, January 2, 2020, at 10:00 AM before the Hon. Chad F. Kenney, in Courtroom 6A, 601 Market Street, Philadelphia, Pennsylvania 19106, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by **February 17, 2020.**

2. Expert report(s) for the Plaintiff, if any, shall be due by **March 2, 2020.**

3. Expert report(s) for the Defendant, if any, shall be due by **March 16, 2020.**

4. As per ECF No. 20, the arbitration hearing is scheduled for **April 8, 2020, at 9:30 a.m.**

5. The Court will not allow post-arbitration discovery or entertain dispositive motions absent extraordinary circumstances.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE