# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-02326 |
| | : | |
| **DEVIL'S ALLEY** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 18th day of January 2020, following a telephone conference with counsel for the parties, it is **ORDERED** Defendant's Motion to Compel (ECF No. 24) is **DENIED** based on Plaintiff's representation that it does not possess the forms requested and Defendant's representation that it is not seeking pre-settlement documents.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE