# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 19-02326 |
| DEVIL'S ALLEY<br>*Defendant.* | : <br> : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 18th day of February 2020, following a telephone conference with counsel for the parties on Thursday, February 18, 2020, it is hereby **ORDERED** as follows:

1. All discovery, including expert discovery (if any), shall be completed by **March 31, 2020.**

2. As per ECF No. 20, the arbitration hearing is scheduled for **April 8, 2020, at 9:30 a.m.**

3. The Court will not allow post-arbitration discovery or entertain dispositive motions absent extraordinary circumstances.

BY THE COURT:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**

1