IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

CIVIL ACTION

:

v.

No. 19-2326

DEVIL'S ALLEY

:

### CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently scheduled for

ARBITRATION at 9:30 am on April 8, 2020  has been CANCELLED. The Clerk

will reschedule the hearing for a convenient date after April 13, 2020.

Kate Barkman
Clerk of Court


By: /s/ Kristen Pepin
Kristen Pepin
Deputy Clerk
Phone:267-299-7018


Date: March 18, 2020