IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| DEVIL'S ALLEY | : | No. 19-2326 |
| | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on September 9, 2020. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. PLEASE REPORT TO COURTROOM 5-C.** NOTE: Arbitrators shall not participate in settlement discussions.

Kate Barkman
Clerk of Court

\*\*\*Continued from 6/10/2020 due to precautions with Covid-19; No further continuances may be arranged without court approval\*\*\*

By: /s/ Amanda Frazier
Amanda Frazier
Deputy Clerk
Phone: (267) 299-7177

Date: May 11, 2020